# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
L-3 Communications Link ) ASBCA No. 59198
Simulation & Training )
)
Under Contract Nos. W900KK-09-D-0387 )
N61339-00-C-0002 )
N61339-01-D-0722 )
N61339-03-D-0014 )

APPEARANCES FOR THE APPELLANT: W. Jay DeVecchio, Esq.
Edward Jackson, Esq.
Jenner & Block LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
Kyle E. Chadwick, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 6 June 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59198, Appeal of L-3 Communications Link Simulation & Training, rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left:50%">

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

</div>

2